SCOTT N. SCHOOLS, SC SBN 9990                                **E-filed 7/12/07**
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| QIANG CHEN, | ) No. C 06-7837 JF |
|     Plaintiff, | ) |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | ) **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
|     Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). The parties also ask the Court to vacate the July 27, 2007 hearing date on the parties cross-motions for summary judgment.

    Each of the parties shall bear their own costs and fees.

///

| | | |
|---|---|---|
| 1 | Dated: July 5, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 7 | | |
| 8 | Dated: July 5, 2007 | _____/s/_____<br>JUSTIN FOK |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    7/12/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-7837 JF                           2